IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Kimberly Marshall, individually and on
behalf of minor A.M.,

                Plaintiff,

vs.

George Gervin Youth Center, Inc., et al.,

                Defendants.

No.  CV-17-02576-PHX-SPL

**ORDER**

Before the Court is Plaintiff's unopposed motion to stay this action pending exhaustion her administrative remedies before the Office of Administrative Hearings, Case No. 17C-DP-0060-ADE. (Doc. 11.)

Having considered the request, the Court finds that dismissal, rather than an indefinite and potentially lengthy stay, is appropriate at this early juncture. *See Leonardo v. Crawford*, 646 F.3d 1157, 1160 (9th Cir. 2011); *Morrison–Knudsen Co. v. CHG Int'l, Inc.*, 811 F.2d 1209, 1223 (9th Cir. 1987) (when presented with an unexhausted claim, the district court may allow action to proceed, dismiss the action pending exhaustion of administrative remedies, or stay own proceedings pending administrative review); *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) ("the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."). In order to preserve Plaintiffs' interests with regard to any applicable statute of limitations however, this action will be dismissed without prejudice, and subject to reinstatement by motion of

the parties, if necessary. Accordingly,

**IT IS ORDERED**:

1.  That the Motion to Stay (Doc. 11) is **denied**;

2.  That the Motion to Dismiss (Doc. 12) is **denied without prejudice**;

3.  That this action is **dismissed without prejudice**, subject to reinstatement by motion if filed within **fourteen (14) days** of the conclusion of administrative review; and

4.  That the Clerk of Court shall **terminate** this case.

Dated this 20th day of October, 2017.

Honorable Steven P. Logan
United States District Judge